# Milbank

**KATHERINE R. GOLDSTEIN**

*Partner*
55 Hudson Yards | New York, NY 10001-2163
T: 212.530.5138
KGoldstein@milbank.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/2020
```

**MEMO ENDORSED**

January 6, 2020

**VIA ECF**

The Honorable Richard M. Berman
U.S. District Judge
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Jose Coste*, 13 Cr. 00587

Dear Judge Berman:

On December 9, 2019, this Court appointed me as counsel to Mr. Coste pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. I write to respectfully request that the Court give me permission to access the sealed transcripts in this matter to aid in my representation of Mr. Coste. The government has consented to this request.

*Application granted.*

Respectfully submitted,

Katherine Goldstein
Partner

SO ORDERED:
Date: 1/7/2020   Richard M. Berman
Richard M. Berman, U.S.D.J.

MILBANK LLP
NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO