# Milbank

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2020
```

**KATHERINE R. GOLDSTEIN**

*Partner*

55 Hudson Yards | New York, NY 10001-2163
T: 212.530.5138
KGoldstein@milbank.com

*Conference is adjourned to March 2, 2020 at 11:00 a.m.*

February 25, 2020

SO ORDERED:
Date: 2/26/2020    *Richard M. Berman*
                   Richard M. Berman, U.S.D.J.

**VIA ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Jose Coste*, 13 Cr. 587 (RMB)

Dear Judge Berman:

The parties in the above-captioned matter are currently scheduled to appear before your Honor on February 26, 2020 at 2:30 p.m. With the consent of the Government and United States Probation Officer Daveena Tumasar, I respectfully request that the February 26, 2020 conference be adjourned to Monday, March 2, 2020. This conference was first scheduled for February 5, 2020. Your Honor granted a prior request to reschedule the matter to February 26, 2020.

Thank you for your consideration of this matter.

Respectfully submitted,

*Katherine Goldstein*

Katherine Goldstein
Partner

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO