**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :

                              Government,          :          13 CR. 587 (RMB)

                                                            :

              - against -                                   :          **ORDER**

                                                            :

JOSE COSTE,                                         :

                              Defendant.          :

------------------------------------------------------------x


          The teleconference previously scheduled for Wednesday, October 7, 2020 at 11:30

AM is hereby rescheduled to 9:00 AM on the same date.

          Participants, members of the public and the press can use the following dial-in

information:

          USA Toll-Free Number: (877) 336-1829
          Access Code: 6265989
          Security Code: 5872


Dated: October 1, 2020
          New York, NY


                              **RICHARD M. BERMAN**
                              **U.S.D.J.**