**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,

                                                    13 Cr 587 (RMB)

     - against -                              **ORDER**

Jose Coste,

                Defendant.
------------------------------------------------------------x

    Defendant is directed to report to Probation, 500 Pearl Street, New York, New York 10007 on October 8, 2020 at 9:00 am and participate in a drug test.

    Defendant is directed to participate in supervised release hearings with the Court on October 14, 2020 at 9:00 am and October 22, 2020 at 9:00 am.

Dated: New York, New York
         October 7, 2020

                                                  _____
                                                  **RICHARD M. BERMAN**
                                                       **U.S.D.J.**