UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

JOSE COSTE,
                Defendant.
------------------------------------------------------------X

13 CR. 587 (RMB)

**ORDER**

        The telephone status conference previously scheduled for Wednesday, October 14, 2020 at 9:00 AM is hereby rescheduled to 2:00 PM on the same date.

        Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 5872

Dated: October 9, 2020
       New York, NY

                                          _____
                                              RICHARD M. BERMAN
                                                   U.S.D.J.