**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                             Government,                      13  CR. 587  (RMB)

        -against-                                      **ORDER**

JOSE COSTE,
                             Defendant.
-------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

      For the reasons set forth on the record today, the warrant for Defendant Jose Coste is vacated.

Dated: New York, New York
       March 29, 2021

                                                            _____
                                                            **Hon. Richard M. Berman, U.S.D.J.**