UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,
                            Government,                       **ORDER**

            -against-                                            13 **CR.** 587 (RMB)

JOSE COSTE,
                            Defendant.
-----------------------------------------------------------------X

Based upon the record in this case, including the hearing held on March 16, 2021, and defense counsel's letter dated May 25, 2021, the Court respectfully requests that the Bureau of Prisons conduct a psychological evaluation of the Defendant forthwith. Such evaluation should include therapeutic recommendations, if any, for the Defendant.

The Court will hold a hearing on June 16, 2021 at 10:30 am. In light of the continuing COVID-19 pandemic, the hearing will be held telephonically pursuant to the CARES Act and applicable implementing court procedures. Dial in information is as follows: 1-877-336-1829; Access Code: 6265989; Security Code: 5872.

Dated: New York, New York
           May 25, 2021

                                                        **RICHARD M. BERMAN, U.S.D.J.**