**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

UNITED STATES OF AMERICA,
               Government,

         -against-

JOSE COSTE,
               Defendant.
------------------------------------------------------------X

13 CR. 587 (RMB)

**ORDER**

      The sentencing scheduled for Monday, June 28, 2021 at 9:00 AM is hereby rescheduled to 11:00 AM on the same date.

      In light of the continuing COVID-19 pandemic, the sentencing will be held by video via CourtCall pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (855) 268-7844
    Access Code: 67812309#
    PIN: 9921299#

Dated: June 23, 2021
       New York, NY

                                                 _____
                                                    RICHARD M. BERMAN
                                                        U.S.D.J.