**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                   Government,

     -against-

JOSE COSTE,
                   Defendant.
------------------------------------------------------------X

13 CR. 587 (RMB)

**<u>ORDER</u>**

The proceeding scheduled for Wednesday, June 30, 2021 at 11:00 AM is hereby rescheduled to Thursday, July 15, 2021 at 11:00 AM.

Dated: June 25, 2021
       New York, NY

                                     RICHARD M. BERMAN
                                     U.S.D.J.