**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

              13 CR. 587 (RMB)

   -against-

**ORDER**

JOSE COSTE,
              Defendant.
------------------------------------------------------------X

    The sentencing proceeding previously scheduled for Tuesday, August 17, 2021 at 11:00 AM is hereby rescheduled to Thursday, August 19, 2021 at 11:00 AM.

    In light of the continuing COVID-19 pandemic, the proceeding is being held by video via Zoom pursuant to the CARES Act and applicable implementing court procedures.

    Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 5872

Dated: August 12, 2021
       New York, NY

                                    RICHARD M. BERMAN
                                    U.S.D.J.