**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,

        - against -         13 CR. 587 (RMB)

JOSE COSTE,        **ORDER**

                Defendant.
---------------------------------------------------------------x

      The Government is respectfully requested to submit under seal Mr. Coste's BOP medical records by Thursday, January 13, 2022 at 12:00 p.m.

Dated:  New York, New York
         January 11, 2022

                                                            **RICHARD M. BERMAN, U.S.D.J.**